# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In Re:  TOMMIE SWAIN  §  Case No.: 06-11003
       DORETHA SWAIN  §

       Debtor(s)

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/05/2006.

2) This case was confirmed on 01/04/2007.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 10/30/2008.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 06/03/2008, 07/08/2009, 11/12/2009, 03/02/2010, 09/01/2010.

5) The case was converted on 02/14/2011.

6) Number of months from filing to the last payment: 52

7) Number of months case was pending: 54

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $   20,995.00

10) Amount of unsecured claims discharged without payment $     .00

11) All checks distributed by the trustee to this case have not cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

|  |  |
|---|---|
| Total paid by or on behalf of the debtor | $ 21,840.00 |
| Less amount refunded to debtor | $ 127.58 |
| **NET RECEIPTS** | $ 21,712.42 |

**Expenses of Administration:**

|  |  |
|---|---|
| Attorney's Fees Paid through the Plan | $ 1,798.93 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 1,496.41 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 3,295.34 |
| Attorney fees paid and disclosed by debtor | $ 966.07 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| GMAC MORTGAGE | SECURED | NA | .00 | .00 | .00 | .00 |
| GMAC MORTGAGE | SECURED | 25,000.00 | 49,366.38 | .00 | .00 | .00 |
| HOUSEHOLD BANK | SECURED | NA | 43,962.15 | .00 | .00 | .00 |
| HOUSEHOLD BANK | SECURED | 6,700.00 | 4,393.84 | .00 | .00 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 4,342.99 | 3,069.47 | 3,069.47 | 4,928.47 | .00 |
| SCHOTTLER & ASSOCIAT | PRIORITY | 1,500.00 | NA | NA | .00 | .00 |
| HARVEST CREDIT MANAG | OTHER | NA | NA | NA | .00 | .00 |
| AVON MORTON GROVE | UNSECURED | 735.69 | NA | NA | .00 | .00 |
| JEFFERSON CAPITAL SY | UNSECURED | 1,981.85 | 1,981.85 | 1,981.85 | 333.50 | .00 |
| LVNV FUNDING | UNSECURED | 2,717.00 | 2,717.11 | 2,717.11 | 457.21 | .00 |
| ARROW FINANCIAL SERV | UNSECURED | 673.35 | 594.09 | 594.09 | 99.98 | .00 |
| ENCYCLOPEDIA BRITTAN | UNSECURED | 2,144.96 | NA | NA | .00 | .00 |
| HOME DEPOT | UNSECURED | 706.00 | 799.82 | 799.82 | 131.56 | .00 |
| BLATT HASENMILLER LE | UNSECURED | 3,316.20 | NA | NA | .00 | .00 |
| SHERMAN AQUISITION L | OTHER | NA | NA | NA | .00 | .00 |
| CAPITAL ONE | UNSECURED | 1,223.00 | 1,245.52 | 1,245.52 | 200.16 | .00 |
| CHARTER ONE | UNSECURED | 804.00 | NA | NA | .00 | .00 |
| CHASE | UNSECURED | 5,064.00 | NA | NA | .00 | .00 |
| CITY OF CHICAGO PARK | UNSECURED | 700.00 | 750.00 | 750.00 | 123.38 | .00 |
| PORTFOLIO RECOVERY A | UNSECURED | 10,783.53 | 14,518.78 | 14,518.78 | 2,498.16 | .00 |
| CREDITORS COLLECTION | UNSECURED | 367.00 | NA | NA | .00 | .00 |
| DISCOVER CARD | OTHER | NA | NA | NA | .00 | .00 |
| NATIONAL CAPITAL MGM | UNSECURED | 1,618.34 | 2,271.19 | 2,271.19 | 382.18 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| DISCOVER CARD | OTHER | NA | NA | NA | .00 | .00 |
| FIRST NORTH AMERICAN | UNSECURED | 7,145.00 | NA | NA | .00 | .00 |
| MID ATLANTIC CAPITAL | UNSECURED | 5,114.61 | NA | NA | .00 | .00 |
| HARVEST CREDIT MANAG | UNSECURED | 3,636.49 | 4,018.94 | 4,018.94 | 691.52 | .00 |
| INTERNAL REVENUE SER | UNSECURED | 30,000.00 | 25,246.57 | 25,246.57 | 4,344.06 | .00 |
| ARROW FINANCIAL SERV | UNSECURED | 2,517.01 | 1,779.13 | 1,779.13 | 306.11 | .00 |
| MIDLAND CREDIT | UNSECURED | 2,454.00 | NA | NA | .00 | .00 |
| FRANK MONTGOMERY | UNSECURED | 1,008.00 | 1,008.00 | 1,008.00 | 161.99 | .00 |
| BOSE CORP | UNSECURED | 989.12 | NA | NA | .00 | .00 |
| CREDIGY SERVICES COR | OTHER | NA | NA | NA | .00 | .00 |
| VICTORIAS SECRET | UNSECURED | 1,142.25 | NA | NA | .00 | .00 |
| MERRICK BANK | UNSECURED | 743.00 | 743.22 | 743.22 | 119.43 | .00 |
| MUTUAL HOSPITAL SERV | UNSECURED | 1,885.00 | 1,885.61 | 1,885.61 | .00 | .00 |
| SEARS | UNSECURED | 1,725.53 | 2,319.96 | 2,319.96 | 390.40 | .00 |
| CHARTER ONE | OTHER | NA | NA | NA | .00 | .00 |
| FNANB/CIRCUIT CITY | UNSECURED | 14,914.00 | NA | NA | .00 | .00 |
| GMAC MORTGAGE CORPOR | OTHER | NA | NA | NA | .00 | .00 |
| MCSI/RMI | UNSECURED | 160.00 | 210.00 | 210.00 | 33.72 | .00 |
| SHERMAN ACQUISITION | UNSECURED | 3,234.00 | 3,234.99 | 3,234.99 | 544.34 | .00 |
| TRUE LOGIC FINANCIAL | OTHER | NA | NA | NA | .00 | .00 |
| PALISADES COLLECTION | UNSECURED | 4,183.74 | NA | NA | .00 | .00 |
| AMERICAN EXPRESS TRA | UNSECURED | NA | 49.27 | 49.27 | .00 | .00 |
| HOUSEHOLD FINANCE CO | OTHER | NA | NA | NA | .00 | .00 |
| PORTFOLIO RECOVERY A | UNSECURED | NA | 5,783.61 | 5,783.61 | 995.14 | .00 |
| PIERCE & ASSOCIATES | OTHER | NA | NA | NA | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | NA | 2,628.44 | 2,628.44 | 442.30 | .00 |
| RESURGENT CAPITAL SE | UNSECURED | NA | 1,588.34 | 1,588.34 | 273.31 | .00 |
| ILLINOIS DEPT OF REV | PRIORITY | NA | 925.99 | 925.99 | 925.99 | .00 |
| ILLINOIS DEPT OF REV | UNSECURED | NA | 212.74 | 212.74 | 34.17 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | .00 | .00 | .00 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | .00 | .00 | .00 |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 3,995.46 | 5,854.46 | .00 |
| **TOTAL PRIORITY:** | 3,995.46 | 5,854.46 | .00 |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | 75,587.18 | 12,562.62 | .00 |

**Disbursements:**

| | | |
|---|---|---:|
| Expenses of Administration | $ | 3,295.34 |
| Disbursements to Creditors | $ | 18,417.08 |
| **TOTAL DISBURSEMENTS:** | $ | 21,712.42 |

12)    The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated:    03/15/2011          /s/ Tom Vaughn
                              Tom Vaughn, Chapter 13 Trustee

**STATEMENT**    : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**